**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| WILLIAM P. DOLEY, | : | Case No. 12-1-1510-TJC |
| | : | Chapter 13 |
| Debtor(s). | : | |
| | : | |

**NOTICE OF DEPOSIT INTO COURT REGISTRY**

Timothy P. Branigan, Chapter 13 trustee in the above-captioned case, pursuant to section 347(a) of the Bankruptcy Code, submits the sum of $1,508.84 to the Court registry representing the following unclaimed funds:

| **AMOUNT** | **PAYEE**<br>**Account No.**<br>**Court Claim Number** | **LAST KNOWN ADDRESS** |
|---|---|---|
| $1,508.84 | William P. Doley<br>9848<br>N/A | 9965 Good Luck Road, #201<br>Lanham, MD  20706 |

Respectfully submitted,

June 27, 2017

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)
Chapter 13 Trustee
9891 Broken Land Parkway, Suite 301
Columbia, MD  21046
(410)290-9120